AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

FILED
CLERK, U.S. DISTRICT COURT
June 15, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: VM DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
6/15/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: JB DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

United States of America

v.

DARRELL ARNOLD AVISS,

Defendant

Case No. 2:21-mj-02891-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of December 8, 2016 in the county of Santa Barbara in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s Ted A. Oehninger
Complainant's signature

Ted A. Oehninger, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: June 15, 2021

Judge's signature

City and state: Los Angeles, California

Hon. Michael Wilner, U.S. Magistrate Judge
Printed name and title

AUSA: Monica E. Tait (213) 894 2931

**AFFIDAVIT**

I, Ted A. Oehninger, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since November 1996. I am currently assigned to the Los Angeles Field Division, Ventura Resident Agency ("RA"), White Collar Crime ("WCC") Program, where I specialize in the investigation of white collar and financial crimes, including financial securities, bank fraud, wire/mail fraud, and other types of financial institution fraud which have involved the use of computers and computer technology, to include the use of email. While working as a Special Agent of the FBI, I have participated in investigations involving investment fraud through a "Ponzi" scheme – where older investors are paid with newer investor funds – and computer related offenses. I have also received both formal and informal training from the FBI and other institutions regarding financial/investment fraud, computer-related investigations, and computer technology. Additionally, I have a Bachelor of Science degree in Aeronautical Engineering, a Master of Business Administration degree, and a Master of Science degree in Systems Engineering.

## II. PURPOSE OF AFFIDAVIT

2. This affidavit is made in support a criminal complaint against of DARRELL ARNOLD AVISS, a.k.a. Darrel Avis, Darrell

Avis, and Darryll Aviss ("AVISS") for a violation of 18 U.S.C. § 1343 (Wire Fraud).

3.  The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates and amounts are approximate.

### III. STATEMENT OF PROBABLE CAUSE

4.  DARRELL ARNOLD AVISS ("AVISS") of Santa Barbara, California, obtained almost $10 million dollars from J.V., a resident of New Jersey, between 2013 and 2016, by falsely claiming that the funds would be used to purchase annuities in Switzerland that would guarantee income to J.V. In fact, bank records show that AVISS did not send J.V.'s funds to the Swiss insurance company AVISS claimed was issuing J.V.'s annuities. Instead, bank records obtained by the FBI and the Internal Revenue Service-Criminal Investigation ("IRS-CI") during this investigation show that AVISS spent J.V.'s money to repay at least one person who had also purchased a Swiss annuity through AVISS, as well as to pay AVISS's own expenses, including the purchase of expensive watches, construction on AVISS's home in Santa Barbara, and twenty tickets to a U2 concert. AVISS sent

interstate emails to carry out an essential part of his scheme to defraud J.V., including emails that lulled J.V. into believing that his investments were safe so as to prevent or delay J.V. from discovering what had really happened to J.V.'s money, and discourage or delay J.V. from taking action against AVISS.  Based on the facts set forth below, there is probable cause to believe that AVISS has violated 18 U.S.C. § 1343 (wire fraud).

    A.    **BACKGROUND ON AVISS**

    5.    This investigation is handled jointly with IRS-CI. Based on information I have received from SA Pamela Lindquist of that agency, as well as my own investigation, I learned that AVISS lives and works in the Santa Barbara, California region. For example, Santa Barbara County records show that in or about 2001, AVISS purchased a residence at 1245 Miracanon Lane, Santa Barbara, California.  Bank records SA Lindquist obtained indicate that AVISS paid mortgages secured by that property during the periods discussed later in this affidavit in which he was communicating with victim J.V.

    6.    I have reviewed AVISS's United States passport application dated February 8, 2007, and his January 23, 2017, passport renewal application, produced by the United States Department of State.  On both of these applications, AVISS declared under penalty of perjury that a 9-digit number ending in -1972 was his SSN.  However, I have learned through this investigation that AVISS has regularly used a different person's SSN for many years, for example:

a. SA Lindquist advised that she has reviewed records produced by many lenders which included credit applications for AVISS on which he claimed his social security number was a different number, ending in -5758 (the "misappropriated SSN"), including the following, among others: a September 2011 application in connection with a car lease with VW Credit; a November 2012 application to Barclays Bank of Delaware; an October 2013 credit application in connection with a car lease with Mercedes Benz Financial Services USA LLC; a July 2015 application in connection with a car lease with BMW Financial Services NA, LLC; and a June 2018 application in connection with a car lease with Amazon Leasing and/or Murphy Bank.

b. Based on my review of a report of an interview with I.M.C., a Puerto Rico resident, conducted by an FBI SA and Police of Puerto Rico task force officers on July 26, 2018, I learned, among other things, that the SSN ending in -5758 that AVISS has been using belongs to I.M.C. I.M.C. has never traveled to, or lived in, Santa Barbara, and I.M.C. never provided his/her SSN to anyone for any reason other than in the course of her own financial affairs.

**B.   J.V. SENT APPROXIMATELY $10 MILLION TO AVISS BETWEEN 2013 AND 2016 FOR THE PURCHASE OF SWISS ANNUITIES**

7. I have learned the following from my review of reports of interviews of J.V. by other FBI SAs, a declaration executed by J.V. on March 16, 2018, my own discussions with J.V. and his

attorney, and my review of documents J.V. produced to the government:

      a.   J.V. of New Jersey was a professional financial planner who believed that Swiss annuities were a solid investment. J.V. had received funds from a relative's life insurance, and was managing these funds through various entities he solely controlled. J.V. was referred to AVISS by a third party. AVISS represented himself to J.V. as a licensed broker able to help J.V. purchase Swiss annuities[1], and they discussed the fact that J.V. had millions of dollars to invest.

      b.   J.V. decided to purchase annuities from a Swiss insurance company, AXA Winterthur ("AXA"), through AVISS. AVISS said the annuities could be surrendered at any time. AVISS told J.V. the purchase funds could not be sent directly to AXA, but rather, AXA required that the funds come through AVISS's companies. Over the course of their relationship, AVISS caused J.V. to pay the funds to the following U.S. companies: InterSwiss Holdings Group LLC ("InterSwiss"), and later, Swiss Management Group Ltd. AVISS claimed that these were the U.S. operating companies for SwissGuard International GmbH

---

[1] In general, an annuity is a contract in which the owner makes a deposit with the insurance company and the insurance company agrees to make payments to the owner, with interest, in periodic installments, usually for the lifetime of the owner. Based on documents J.V. received concerning the annuities, in exchange for J.V.'s premiums (i.e., the funds J.V. sent to AVISS), J.V. would receive a guaranteed income stream from the Swiss insurance company.

("SwissGuard"), AVISS's Swiss company.[2] AVISS claimed that SwissGuard was an authorized broker with AXA.

      c. Pursuant to AVISS's instructions, between May 2013 and August 2016, J.V. (usually through entities J.V. controlled) sent almost $10 million by check and wire to accounts in the U.S. controlled solely by AVISS (as more fully described below), in the names of InterSwiss and Swiss Management Group Ltd., as shown in the following chart:

| Payments by J.V. for AXA Annuities | | |
|---|---|---|
| Date | Amount (USD) | Payee/Bank information |
| 5/20/2013 | $1,000,000.00 | InterSwiss, Bank of America ending 0710 |
| 10/15/2013 | $500,000.00 | InterSwiss, Bank of America ending 0710 |
| 10/15/2013 | $500,000.00 | InterSwiss, Bank of America ending 0710 |
| 6/20/2014 | $500,000.00 | InterSwiss, Bank of America ending 0710 |
| 6/20/2014 | $500,000.00 | InterSwiss, Bank of America ending 0710 |
| 4/13/2015 | $250,000.00 | InterSwiss, Bank of America ending 0710 |
| 4/13/2015 | $250,000.00 | InterSwiss, Bank of America ending 0710 |
| 4/13/2015 | $250,000.00 | InterSwiss, Bank of America ending 0710 |
| 4/13/2015 | $125,000.00 | InterSwiss, Bank of America ending 0710 |
| 4/13/2015 | $125,000.00 | InterSwiss, Bank of America ending 0710 |
| 4/29/2015 | $250,000.00 | Swiss Management Group Ltd., JP Morgan Chase ending 1536 |

---

[2] Based on uncertified Swiss corporate records publicly available from a website published by the Swiss government Federal Office of Justice (https://www.zefix.ch/en): SwissGuard was established in Switzerland (CHE-110.513.626) on or about January 28, 2004 under another name, Aviva Trust of Switzerland GmbH; on or about May 19, 2004, the company changed its name to SwissGuard; and the company was "cancelled" in Switzerland on September 9, 2016.

| Payments by J.V. for AXA Annuities | | |
|---|---|---|
| Date | Amount (USD) | Payee/Bank information |
| 4/29/2015 | $250,000.00 | Swiss Management Group Ltd., JP Morgan Chase ending 1536 |
| 4/29/2015 | $250,000.00 | Swiss Management Group Ltd., JP Morgan Chase ending 1536 |
| 4/29/2015 | $250,000.00 | Swiss Management Group Ltd., JP Morgan Chase ending 1536 |
| 11/27/2015 | $300,000.00 | Swiss Management Group Ltd., JP Morgan Chase ending 1536 |
| 12/14/2015 | $699,951.46 | Swiss Management Group Ltd., JP Morgan Chase ending 1536 |
| 5/20/2016 | $500,000.00 | Swiss Management Group Ltd., JP Morgan Chase ending 1536 |
| 5/20/2016 | $500,000.00 | Swiss Management Group Ltd., JP Morgan Chase ending 1536 |
| 5/20/2016 | $500,000.00 | Swiss Management Group Ltd., JP Morgan Chase ending 1536 |
| 8/4/2016 | $1,500,000.00 | Swiss Management Group Ltd., JP Morgan Chase ending 1536 |
| 8/4/2016 | $1,000,000.00 | Swiss Management Group Ltd., JP Morgan Chase ending 1536 |
| | $9,999,951.46 | |

At the beginning of their relationship, AVISS claimed his commission on the annuity sales was 2.5%, and agreed to split the commission with J.V. (As discussed below, AVISS paid J.V. $238,512.75 in connection with the alleged commission split.)

   d. J.V. received voluminous documentation on AXA letterhead indicating that 19 separate AXA annuity policies were issued to him and/or the entities J.V. controlled. Annual statements and policy confirmations directed J.V. to contact SwissGuard ("your Swiss representative") with questions about the documents.

   e. A Chicago-based FBI agent contacted J.V. in September 2016 and again in October 2016 concerning some of his

7

payments to AVISS.[3]  After the first contact, J.V. asked AVISS for confirmation that his annuity money had gone where it was supposed to go, and AVISS responded by saying something to the effect of, "Well, why don't you just withdraw the money from the annuities."  J.V. did not want to do that, because he wanted the money to stay in the annuities.  Later, J.V. received a notice from the FBI informing him he was a crime victim, and J.V. again contacted AVISS to discuss the letter.  AVISS told J.V. he did not know why J.V. received the letter and that he had not heard anything from his other clients.  AVISS said that he had hired three law firms to help him sort it out and that he could not have this type of negative exposure.

       f.   Concerned about his investments, J.V. instructed AVISS on or about November 30, 2016 to liquidate the annuities.  On December 1, 2016, AVISS responded by text message, "I'm working on it."

---

[3] At the time, this matter was being investigated by the FBI in Chicago, with venue based on a Chicago-area victim, R.W. R.W.'s investment was repaid using J.V.'s money, as referenced below in page 12.

8

g.  By December 7, 2016, AVISS had not followed through with the liquidation request, but instead sent the following email to J.V.:

> From: Darrell Aviss <aviss@swiss-annuity.com>
> Date: Wed, 7 Dec 2016 20:15:19 +0000
> To: [redacted]@att.blackberry.net [redacted]@att.blackberry.net
> Subject: Re: Darrell
>
> Something is going on that I don't understand. Please give me time to figure it out. My sincere apologies. On my way to an appointment now.
>
> Darrell Aviss
> SwissGuard International, GmbH
> Bahnhofstrasse 52
> CH-8001 Zurich, Switzerland
> T: +41 44 214 62 47
> F: +41 44 214 65 19
> aviss@swiss-annuity.com
> www.swiss-annuity.com

J.V. responded the same day by email, indicating that AVISS had not reassured J.V. about where J.V.'s funds were, that "it all looks very suspicious," and directing AVISS to have AVISS's lawyer call J.V.'s lawyer, James Gilson, to disclose more information:

> To: Darrell Aviss <aviss@swiss-annuity.com>
> Subject: Je:DarrelJ
>
> I appreciate your position, but you do have to appreciate mine. There were and are other serious people involved with my 10 million investment. You don't want to know who they are, but questions are being asked, and I don't have answers. You do not want to be involved with this potential problem. Lawyers will not help. Won t say anything else at this point.
>
> You have not given me any re-assurance that you would execute my surrender or where funds are at this point. You must have your lawyer, whichever one speak to my man jim gilson today and share what's going on for me to still be on board with you. So far it all looks very suspicious. We all cannot be in the dark with you and just go along. Since 2 months ago my investment with you has had the FBI calling me, obtaining lawyers, at my expense, now my funds are somewhere, which I really need, and you say you don't know what's going on, frankly that sould not believable. Have your lawyer call jim gilson and start sharing what's going on.
> Sent via BlackBerry by AT&T

(Regarding J.V.'s reference in the above email to "other serious people involved with [his] 10 million investment," J.V. advised

9

me on June 4, 2021 that J.V. was not referring to other investors or co-owners of his money (because there were none), but rather to charities and organizations to which J.V. was planning to direct the funds.)

      h.    AVISS responded by email dated December 8, 2016 to J.V. (who was then located outside California). AVISS said he needed several items from J.V., including "[a]n instruction letter indicating what you want me to do," and a "[l]etter from your CPA indicating that you are tax compliant with the Internal Revenue Service":

> From: Darrell Aviss <aviss@swiss-annuity.com>
> Date: Thu, 8 Dec 2016 00:14:12 +0000
> To: [redacted]@att.blackberry.net' <[redacted]@att.blackberry.net>
> Subject: RE: Darrell
>
> .
>
> Your threats are duly noted. I think I'm beginning to understands now what is going on.
>
> I will need the following from you:
>
> 1. An Instruction letter indicating what you want me to do
> 2. Signed and completed IRS Form W-9 (See attached)
> 3. Signed and completed IRS Form W8BEN for each LLC and Trust (See attached)
> 4. Signed and completed VQF (Swiss Money Laundering Authority) Form 902.9 Beneficial Owner Form for each LLC and Trust (See attached)
> 5. Letter from your CPA indicating that you are tax compliant with the Internal Revenue Service (IRS)
> 6. Return of payments made to you in the amount of $126,012.00
>
> *Darrell Aviss*
> SwissGuard International, GmbH
> Bahnhofstrasse 52
> CH-8001 Zurich, Switzerland
> T: +4144 214 62 47
> F: +4144 214 65 19
> aviss@swiss-annuity.com
> www.swiss-annuity.com

      i.    AVISS's response above encouraged J.V. to believe he might receive his liquidated annuities. However, AVISS never followed through, and eventually told J.V. to stop contacting him.

    j. J.V. later sued AVISS to recover his funds. On April 1, 2020, a Consent Judgment was entered against AVISS, InterSwiss, Swiss Management Group, Ltd., and SwissGuard International GMBH and in favor of J.V. and his entities, in the principal amount of $10,000,000 (plus interest). AVISS "agreed . . . in Form and Substance" to the entry of judgment on his own behalf and on behalf of the referenced entities. Despite the judgment, neither AVISS nor any entity connected with him has returned J.V.'s money to him.

 8. I have learned from reviewing other agents' reports in this investigation and conducting my own interviews that AVISS continued through at least 2018 to direct other investors to send money to entities controlled by AVISS for the purported purchase of Swiss annuities.

  **C.** **AVISS DID NOT SEND J.V.'S MONEY TO AXA, BUT INSTEAD SPENT IT FOR HIS OWN PURPOSES, INCLUDING REPAYMENT OF AT LEAST ONE PRIOR INVESTOR**

 9. Based on information I have received from SA Lindquist, I learned the following:

    a. SA Lindquist has obtained and analyzed bank and credit card records for AVISS, including the accounts to which J.V. sent his funds as described in the chart above (InterSwiss account at Bank of America ending 0710, and Swiss Management Group Ltd. account at JP Morgan Chase ending 1536). SA Lindquist observed that AVISS was the sole signatory on the accounts to which J.V. paid the funds described in the above chart.

      b.    None of J.V.'s funds were sent from the receiving accounts to AXA.

      c.    SA Lindquist has also reviewed at least four additional domestic deposit accounts AVISS controlled during the period in which J.V. sent almost $10 million (2013-2016), including accounts in the name Helvetia Trust and Helvetia Holdings[4] to which AVISS routinely transferred funds traceable to J.V.'s annuity payments. No funds from these accounts were sent to AXA either.

      d.    As noted above, AVISS told J.V. AVISS would split AVISS's alleged 2.5% commission on the annuities with J.V. AVISS did make 16 payments totaling $238,512.75 to J.V. by check from the InterSwiss and Swiss Management Group Ltd. accounts referenced in the chart above, but this money did not come from AXA. SA Lindquist did not observe any payments to AVISS from AXA during this timeframe, and her analysis shows that the supposed commission share AVISS paid to J.V. was instead derived in substantial part from J.V.'s own funds.

      e.    SA Lindquist has also obtained records from car dealerships, lenders, and credit card companies, among other sources, in part to document AVISS's use of J.V.'s annuity payments. SA Lindquist's analysis shows that AVISS spent a

---

[4] According to records produced by Bank of America, Helvetia Holdings, also known as Helvetia Trust, is a trust that was established November 10, 2003 by AVISS as settlor and trustee. The trust is revocable while AVISS is alive.

Notably, "Helvetia" is the Latin name for Switzerland. See https://www.lexico.com/definition/Helvetia (last accessed June 10, 2021).

substantial portion of the money J.V. sent to purchase annuities to support AVISS's lavish lifestyle, including payments for luxury cars and expensive watches, and to repay at least one other investor. For example:

  i. As shown in the chart above, on April 29, 2015, J.V. paid a total of $1 million for AXA annuities, and his payments were deposited into the AVISS-controlled Swiss Management Group Ltd. account at JP Morgan Chase ending 1536. On May 13 and June 29, 2015, AVISS wired $82,868.50 and $1,053,327.96, respectively, from that account, including at least some of J.V.'s annuity payment, to R.W.

  (I) I know from my review of interview reports with R.W. conducted by another FBI SA, and documents provided to the FBI by R.W., that R.W. was another investor who wired $1,000,000 on May 13, 2013 at AVISS's instruction to purchase a Swiss annuity purportedly issued by AXA.

  ii. On July 9, 2015, AVISS paid $168,443.03 from funds at least partly traceable to J.V.'s annuity payments to Santa Barbara Auto Group to lease a 2016 Mercedes.

  iii. On August 4, 2016, AVISS paid $160,000 from funds at least partly traceable to J.V.'s annuity payments to Becker Automotive Designs for customizing AVISS's Cadillac Escalade.

  iv. On August 2, 2016, AVISS paid Martorano Construction $30,000 for construction expenses on AVISS's residence on Miracanon Lane in Santa Barbara, followed by additional payments of $25,000 and $16,633.24 on August 30, 2016

and September 6, 2016, respectively. These payments were at least partly traceable to J.V.'s payments.

        v. On September 15, 2016, AVISS wired $250,000.00 at least partly traceable to J.V.'s annuity payments from the Swiss Management Group Ltd. account ending 1536 to Roman Times/Hublot Boutique in Las Vegas, for the purchase of a La Ferrari All Black watch.

        vi. Between January 1, 2013, and January 9, 2015, AVISS spent $129,348.95 at Tonic Nightclub in Santa Barbara, and between April 1, 2013 and March 19, 2018, AVISS spent at least $128,818.47 at Disney properties. These payments were charged to credit and/or debit cards, and the debts were paid using funds at least partly traceable to J.V.'s annuity payments.

        vii. On or about September 29, 2016, AVISS paid $150,000 for 20 tickets to see the rock band U2, including backstage passes, using funds at least partly traceable to J.V.'s annuity payments.

    **D.**   **AVISS IS A FLIGHT RISK**

    10. I believe AVISS is a flight risk because he has plans to relocate to Monaco, among other reasons. I know the following based on information conveyed to me by SA Lindquist:

        a. On Friday, May 21, 2021, SA Lindquist interviewed A.M., a person who previously did business with AVISS, and who also formerly socialized with AVISS. A.M. stated that in April 2021, A.M. had received an email message from AVISS indicating

14

that AVISS planned to move to Monaco soon. A.M. was asked to provide a copy of the message.

  b. I have reviewed an email sent on May 27, 2020 from A.M.'s attorney to SA Lindquist and the prosecutor in this case. Attached to the email was a document reproducing a string of email communications between AVISS and A.M. on April 12, 2021. In the first email, AVISS told A.M. that he is "going to be moving to Monaco soon," and indicated that he is getting rid of things he will not be taking with him. AVISS offered to sell A.M. a collection of art prints. In the entire chain of emails, AVISS referred to himself both using his true name and as "Darrel Avis."

  c. AVISS sent funds traceable at least in part to J.V.'s annuity payments to Monaco. Specifically, between 2013 and 2016, AVISS wired $1,400,000 to Compagnie Monegasque De Banque in Monaco.

  d. In 2007, AVISS caused to be published a book on asset protection, *Strategies for Protecting Wealth*, which SA Lindquist has read. She has advised me that the book is directed at least in part at wealthy professionals interested in protecting their wealth from civil judgments in the United States, and provides strategies for doing so which include sending funds to overseas accounts and trusts.

 11. Based on the foregoing, I respectfully submit that there is probable cause to believe that in Santa Barbara County, within the Central District of California, AVISS knowingly and with intent to defraud participated in and devised a scheme or

plan to defraud J.V. and to obtain J.V.'s money and property by means of material false and fraudulent pretenses, representations and promises, and that on or about December 8, 2016, AVISS used and caused to be used an interstate wire communication (an email) to carry out or attempt to carry out an essential part of the scheme, in violation of 18 U.S.C. § 1343.

## IV. CONCLUSION

12. For all the reasons described above, there is probable cause to believe that on or about December 8, 2016, within the Central District of California, DARRELL ARNOLD AVISS committed a violation of 18 U.S.C. § 1343.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this  15th  day of
  June    , 2021.

_____
MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

16