TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MONICA E. TAIT (Cal. Bar No. 157311)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2931
     Facsimile: (213) 894-6269
     E-mail:  Monica.Tait@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-CR-00303-SB |
|---|---|
| Plaintiff, | STIPULATION AND JOINT REQUEST FOR A FURTHER PROTECTIVE ORDER REGARDING DISCOVERY AND RECORDS FROM FOREIGN NATION B |
| v. | |
| DARRELL ARNOLD AVISS, | PROPOSED ORDER FILED SEPARATELY |
| Defendant. | Indictment: 6/29/2021<br>Pretrial Conference: 7/12/2022<br>Trial: 7/26/2022<br>Last Day: 8/9/2022 |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Monica E. Tait, and defendant DARRELL ARNOLD AVISS ("defendant"), by and through his counsel of record, Carel Ale (collectively the "parties"), hereby stipulate and request as follows:

1. On February 1, 2022, pursuant to the parties' stipulation, the Court entered a protective order governing certain records that a foreign country ("Foreign Nation B") had produced to the government in January 2022 (the "Foreign Nation B Protective

1

1  Order").

2      2.    In February 2022, Foreign Nation B provided additional records to the United States that the government wishes to produce to defendant in discovery. In March 2022, undersigned counsel for the government learned that Foreign Nation B may provide yet additional records to the government; if so, the government may wish to produce such additional records to defendant in discovery. Undersigned counsel for the government understands that in all or virtually all instances, Foreign Nation B produces records with a restriction requiring that the materials not be made public, in accordance with the laws of Foreign Nation B. Accordingly, any public disclosure of additional Foreign Nation B Records would be contrary to this restriction and would negatively impact the information-sharing relationship between Foreign Nation B and the United States.

3      3.    Arguably, the terms of the Foreign Nation B Protective Order covers only the set of records referenced in the Order (i.e., those received January 2022).

4      4.    For the foregoing reasons constituting good cause, and for the reasons set forth in the parties' original stipulation (at docket no. 80), the parties stipulate and request that the Court order that, going forward in this matter, all records produced by Foreign Nation B pursuant to the above-described use restriction and produced to defendant in discovery are "Foreign Nation B Records" as defined in the Foreign Nation

//

B protective order, and the further use and disclosure (or nondisclosure) of such records are governed by the terms of the Foreign Nation B protective order.

IT IS SO STIPULATED.

DATED: MARCH 4, 2022

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

/s/ Monica E. Tait

MONICA E. TAIT
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: 03/04/2022

CAREL ALE
Deputy Federal Public Defender
Attorney for Defendant
DARRELL ARNOLD AVISS