1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>DARRELL ARNOLD AVISS,<br><br>      Defendant. | No. CR 21-CR-00303-SB<br><br>FURTHER PROTECTIVE ORDER REGARDING DISCOVERY AND RECORDS FROM FOREIGN NATION B<br><br>Indictment: 6/29/2021<br>Pretrial Conference:7/12/2022<br>Trial: 7/26/2022<br>Last Day: 8/9/2022 |

17
18
19
20
21

      The Court has read and considered the parties' Stipulation and Joint Request For a Further Protective Order Regarding Discovery And Records From Foreign Nation B, filed on or about March 4, 2022, which this Court incorporates by reference into this Order, and finding good cause for entry of this order,

22
23

      FOR GOOD CAUSE SHOWN and pursuant to Fed. R. Crim. P. 16(d)(1), the Court hereby FINDS AND ORDERS as follows:

24
25
26
27

      1.    The government has received, and has indicated it may continue to receive, records from Foreign Nation B subsequent to the records specifically addressed in this Court's prior protective order governing certain Foreign Nation B records ("docket no. 81, the "Foreign Nation B protective order").

28

      2.    For good cause shown by the parties' stipulation, and their prior stipulation

concerning Foreign Nation B records (docket no. 80), it is ORDERED that to the extent the government wishes to produce records obtained after January 2022 from Foreign Nation B under a restriction requiring that the materials not be made public in accordance with the laws of Foreign Nation B, all such records produced to defendant in discovery are "Foreign Nation B Records" as defined in the Foreign Nation B protective order, and the further use and disclosure (or nondisclosure) of such records are governed by the findings and terms of the Foreign Nation B protective order set forth at docket no. 81.

IT IS SO ORDERED.

Dated: ___March 4, 2022___

_____
The Honorable Stanley Blumenfeld Jr.
UNITED STATES DISTRICT JUDGE

Presented by:

_____
    */s/ Monica E. Tait*
MONICA E. TAIT
Assistant United States Attorney