CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(E-Mail: Carel_Ale@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-5186
Facsimile: (213) 894-0081

Attorneys for Defendant
DARRELL ARNOLD AVISS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DARRELL ARNOLD AVISS,<br><br>  Defendant. | Case No. 21-CR-0302-SB<br><br>**UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO SHORTEN TIME TO FILE MOTION FOR MODIFICAITON OF CONDITIONS OF RELEASE; DECLARATION OF COUNSEL**<br><br>Indictment: 6/29/2021<br>PTC: 7/12/2022<br>Trial Date: 7/26/2022<br>Last Day: 7/26/2022<br><br>**Hearing Date: March 25, 2022**<br>**Time: 8:00 a.m.** |

Mr. Darrell Aviss, by and through his counsel of record, hereby applies *ex parte* for leave to shorten time to file the concurrently filed motion for modification of the conditions of his release. The government does not oppose this shortened briefing schedule.

//

//

i

This application is based upon the attached declaration of counsel in support, the files and records in this case, and such further evidence and argument as the Court may permit.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

Dated: March 11, 2022        By  *s/Carel Alé*
                             Carel Alé
                             Deputy Federal Public Defender
                             Attorney for DARRELL ARNOLD AVISS

ii

# DECLARATION OF COUNSEL

I, Carel Alé, declare:

1. I am a Deputy Federal Public Defender for the Federal Public Defender's Office, and counsel of record, for defendant Darrell Arnold Aviss. I submit this declaration in support of Mr. Aviss's *Ex Parte* Application for leave to shorten the briefing schedule and hearing date from what is typically required by the Local Rules for defendant's concurrently filed Motion for Modification of the Conditions of Release.

2. Mr. Aviss today filed an opposed Motion for Modification of the Conditions of Release. As noted in the Motion, the parties have met and conferred regarding Mr. Aviss's request for modification of his conditions of release. The government opposes the requested modification.

3. As explained in the Motion, Mr. Aviss is asking for a modification that he be allowed to reside as approved by U.S. Pretrial Services so that Mr. Aviss may continue to obtain necessary medical services which he is receiving in Santa Barbara, California. Accordingly, an expeditious resolution of this modification request is important for Mr. Aviss to continue receiving medical treatment.

4. Based on my conversations with U.S Pretrial Service supervising officer Joey Trabucco, U.S. Pretrial Services desires that this matter be resolved expeditiously.

5. On March 9, 2021, the parties met and conferred about this request. The government advised that it opposed a filing requesting this modification on an *ex parte* basis but did not oppose a shortened briefing or hearing schedule for this request. It continues to oppose the relief requested through the motion.

//
//
//
//

1

6. Accordingly, the parties agreed that instead of Mr. Aviss filing an *ex parte* application, Mr. Aviss would bring this matter to the Court's attention pursuant to a motion and request a shortened briefing schedule as follows:

    a. Motion: filed concurrently with this request

    b. Opposition to be filed by March 18, 2022.

    c. Reply (if any) to be filed by March 23, 2022.

    d. Requested hearing date: March 25, 2022, at 8:00 a.m., or a time convenient for the Court.

7. I respectfully submit that the issue at hand is the kind of issue that can and should be resolved on a faster schedule than an ordinary noticed motion, and request that the Court grant this unopposed ex parte application to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 11, 2022, in Los Angeles, California.

                                          *s/Carel Alé*
                                          CAREL ALÉ