UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No.: | 2:21-cr-00303-SB | Date: | March 14, 2022 |
|---|---|---|---|

| Title: | *United States v. Darrell Arnold Aviss* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Jennifer Graciano | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **[In Chambers] ORDER RE: EX PARTE APPLICATION FOR LEAVE TO SHORTEN TIME TO FILE MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE**

On March 12, 2022, Defendant filed a motion for modification of conditions of release.  Dkt. No. 92.  Defendant noticed the hearing on the motion for March 25, 2022.  *Id.*  On the same day, Defendant also submitted an unopposed ex parte application for leave to shorten time to file the motion and proposed a condensed briefing schedule.  Dkt. No. 91.  The only reason proffered by Defendant to hear the case on such a short timeline is Defendant counsel's belief "that the issue at hand is the kind of issue that can and should be resolved on a faster schedule than an ordinary noticed motion."  *Id.* at 2.  This does not establish good cause.  Accordingly, the Court **denies** the ex parte application and hereby sets the hearing date for Defendant's motion for **Friday, April 8, 2022 at 8:00 AM**.  The government's opposition must be filed not later than **March 25, 2022**, and Defendant's reply must be filed not later than **April 1, 2022**.

**IT IS SO ORDERED**.