# EXHIBIT 3

FD-302 (Rev. 5-8-10)

- 1 of 1 -



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry ___02/14/2022___

On 02/04/2022, ▮▮▮▮▮ "C▮▮▮▮▮▮ N▮; DOB: ▮▮▮▮▮▮ home address ▮▮▮ Miracanon Lane, Santa Barbara, CA 93109; was interviewed at her place of residence by this writer and IRS Special Agent Jennifer Lau. Witnessing the interview was her husband, ▮▮▮▮▮▮. After being advised of the identity of the interviewing agents and the nature of the interview, N▮ provided the following information:

Since his arrest, Darrell Aviss seemed to be staying at his home, next door, on Saturday nights through Sunday mornings, with the exception of this past weekend. N▮ was aware that Aviss was staying at the house because of the vehicle traffic to and from the home, the noise emitting from the home, the "hookers" that waited on Sunday morning in the driveway to be picked up and the garbage that was discarded by visitors on and near the driveway to the house, which included bottles, wrappers and a condom. N▮ nd her husband were tired of cleaning up after Aviss and his guests and were looking forward to new owners taking possession of the home.

Investigation on ___02/04/2022___ at ___Santa Barbara, California, United States (In Person)___

File # ▮▮▮▮▮▮                                    Date drafted ___02/04/2022___

by ___KENNEDY GENE L___

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.