# DECLARATION OF COUNSEL

I, Carel Alé, declare:

1. I am a Deputy Federal Public Defender for the Federal Public Defender's Office, and counsel of record, for defendant Darrell Arnold Aviss. I submit this declaration in support of Mr. Aviss's Sentencing Position Paper.

2. Attached as Exhibit A is a true and correct copy of a search I conducted September 8, 2022, on the United States Sentencing Commission Interactive Data Analyzer: https://ida.ussc.gov/analytics/saw.dll?Dashboard. I filtered for fraud/theft/embezzlement, money laundering crime type, for the years 2015 through 2021, for defendants over the age of 60 who are in criminal history category I.

3. Attached as Exhibit B is a true and correct copy of a data analysis I requested from the National Sentencing Resource Counsel at the Federal Public and Community Defenders analyzing publicly available data from the United States Sentencing Commission, comparing defendants with the same final guidelines range, enhancements, and other factors as Mr. Aviss.

4. Attached as Exhibit D is a true and correct copy of a picture of Mr. Aviss and his family.

5. Attached as Exhibit E is a true and correct copy of Mr. Aviss's transcripts from Villa Park High School.

6. Attached as Exhibit F is a true and correct copy of a letter from Raquel Black to the Court in support of Mr. Aviss's sentencing.

7. Attached as Exhibit I is a true and correct copy of a letter from Mr. Aviss to the Court in support of his sentencing.

8. Attached as Exhibit J is a true and correct copy of a letter from Kenny Youngblood to the Court in support of Mr. Aviss's sentencing.

//
//

9. Attached as Exhibit K is a true and correct copy of a letter from Michael Sanford to the Court in support of Mr. Aviss's sentencing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 27, 2022, in Los Angeles, California.

*s/Carel Alé*
CAREL ALÉ