## DECLARATION OF MONICA E. TAIT

I, Monica E. Tait, declare as follows:

1.     I am an Assistant United States Attorney for the Central District of California.  In that capacity, I have been assigned, along with others, the responsibility of representing the United States in United States v. Aviss, CR 21-303-SB.  I make this declaration in support of the government's sentencing position in this case.  I have knowledge of the facts set forth herein, except as otherwise indicated, and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2.     Attached hereto as the following exhibits I obtained from the discovery the government previously disclosed in this matter.[1]  My descriptions below are based on my review of the files and records of the case, and information I have reviewed from the case agents in this matter.

a.     Exhibit 1 is an interview report of MB, and Exhibit 2 collects some of the documents MB provided to the Federal Bureau of Investigation ("FBI").[2]

b.     Exhibit 3 contains an email and attachment from Dr. Shakeel Ahmed to the FBI case agent.  Exhibit 4 is a declaration by Aviss, filed in a federal lawsuit Dr. Ahmed filed against Aviss in the Eastern District of Missouri.

c.      Exhibit 5 is an interview report of JV, and Exhibit 6 collects some of the records JV and/or his counsel provided to the FBI and the government.  Exhibit 7 collects some of the original mailing envelopes JV and/or his counsel provided to the FBI.

d.     Exhibit 8 is a copy of check #1217 payable to "Michael L. Sandford Client Trust Account" and a bank statement produced by Bank of America regarding an

---

[1]  Rather than attaching certain exhibits to this publicly-filed declaration, certain of the exhibits will be submitted as part of an exhibit volume requested to be filed under seal.  Those exhibits will be indicated in the public filing with placeholder sheets.

[2] Many of the Exhibits attached hereto are marked "CONFIDENTIAL – CONTENTS SUBJECT TO PROTECTIVE ORDER."  Consistent with the Protective Order's requirements in this case (Dkt. 44 at pp. 5-6), I have redacted personally identifiable information PII from the documents prior to filing.

Aviss-controlled account.  Exhibit 9 collects copies of 5 checks from the Law Offices of Michael L. Sandford to the Law Offices of Raymond Chandler, obtained from Santa Barbara Bank and Trust or its successor during the government's investigation.  Exhibit 10 is an excerpt of the Declaration of Raymond Chandler, obtained by the FBI from Santa Barbara Superior Court concerning the matter <u>Thaten v. Aviss</u>, Case no. 1381201; (I have included only Exhibits A and B to the declaration.)

> e.   Exhibit 11 is an interview report of ML, and Exhibit 12 collects some of the documents ML provided to the FBI.

> f.   Exhibit 13 is an interview report of DJ and JJ, and Exhibit 14 collects some of the documents they provided to the Internal Revenue Service ("IRS") and/or the FBI.

> g.   Exhibit 15 is an interview report of NT, and Exhibit 16 collects some of the documents he provided to the FBI.

> h.   Exhibit 17 is an interview report of AM, and Exhibit 18 collects some of the documents he provided to the FBI.

> i.   Exhibit 19 collects some of the documents provided to the FBI by RI, the former co-trustee and current representative of RL, who died in 2020.

> j.   Exhibit 20 was produced to the FBI by the California Department of Business Oversight (formerly California Department of Corporations).

> k.   Exhibit 21 is an interview report of CE, and Exhibit 22 collects some of the documents she provided to the FBI.

> l.   Exhibit 23 is an interview report of watch dealer Robert Penner, and Exhibit 24 collects some of the business records Penner produced regarding Aviss's purchase of a $250,000 Hublot watch on September 15, 2016, as well as an email from Penner with a picture of the watch style in question.

> m.   Exhibit 25 collects some of the documents provided to the FBI by Howard Becker of Becker Automotive, regarding an Escalade.

n.      Exhibit 26 collects some of the documents produced by UC San Francisco, and Exhibit 27 collects some of the documents produced by The Early Way LLC.

o.      Exhibit 28 is an excerpt from a copy of Aviss's book, <u>Strategies for Protecting Wealth</u>, which an IRS employee purchased during the government's investigation.  I have marked with boxes certain passages which refer to tax matters.

p.      Exhibits 29, 29-T, and 30 (for which I have requested sealed filing) collects some of the records received from a foreign country regarding Aviss's use of the addresses Rue de Rhone 14, Geneva, Switzerland (Exhibit 29 and 29-T (a translation) and 52 Banhofstrasse, Zurich, Switzerland (Exhibit 30).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 27, 2022.

*/S/ Monica E. Tait*

MONICA E. TAIT