# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DARRELL ARNOLD AVISS,<br><br>  Defendants. | Case No. CR 21-0303-SB<br><br>**ORDER RE UNOPPOSED *EX PARTE* APPLICATION TO FILE EXHIBITS C, G, AND H IN SUPPORT OF DARRELL ARNOLD AVISS'S SENTENCING POSITION UNDER SEAL** |

The Court has read and considered the Unopposed *Ex Parte* Application to file Exhibits C, G, and H in Support of Darrell Arnold Aviss's Sentencing Position. Good cause having shown, it is hereby ordered that the application to seal Exhibits C, G, and H in support of Mr. Aviss's sentencing position shall be filed under seal.

Dated:  September 29, 2022

Stanley Blumenfeld, Jr.
United States District Judge