# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No.: | 2:21-cr-00303-SB-1 | Date: | October 11, 2022 |
|---|---|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., United States District Judge |
|---|---|
| Interpreter: | N/A |

| Jennifer Graciano | Maria Bustillos | Monica E. Tait, AUSA / Daniel G. Boyle, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Darrell Arnold Aviss | √ | | √ | Carel Ale, DFPD | √ | √ | |
| | | | | Jelani J. Lindsey, DFPD | √ | √ | |

**Proceedings:** SENTENCING (Held and Completed)

Refer to separate Judgment Order.

Defendant informed of right to appeal.

1 : 31

Initials of Deputy Clerk   jgr